PROB22
(12/2016)

RECEIVED
IN CLERK'S OFFICE

DEC 0 5 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*): 1:02CR00562-SI-002 | | |
|---|---|---|---|
| | DOCKET NUMBER (*Rec. Court*): *3:17-00229* | | |
| NAME AND ADDRESS OF SUPERVISED PERSON: **Montoya, Ramon** | DISTRICT: Southern District of Texas | | DIVISION: Brownsville |
| | NAME OF SENTENCING JUDGE: United States District Judge Rolando Olvera | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | From: **06/30/2015** | To: **06/29/2020** |

OFFENSE:

Conspiracy to Possess With Intent to Distribute More Than 1,000 Kilograms of Marihuana, in violation of 21 U.S.C. § 846, 21 U.S.C. §§ 841 (a)(1), and 841(b)(1)(A)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, Brownsville Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Tennessee – Memphis Division upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 16, 2017

_____
Date

_____
United States District Judge

---

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Western District of Tennessee, Memphis Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Dec. 12, 2017

_____
Effective Date

_____
United States District Judge